Joseph WALLS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 300, 2016

Supreme Court of Delaware.

Submitted: January 13, 2017

Decided: March 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 86001399DI, 86013001DI

AFFIRMED.

Debra BENNETT & William Bennett,
Plaintiff–Below, Appellant,

v.

USAA CASUALTY INSURANCE COMPANY, Defendant–
Below, Appellee.

No. 144, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: March 13, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. S10C–02–010

AFFIRMED.

Mary R. STREET,[1] Respondent
Below–Appellant,

v.

Charles A. BUTLER, Petitioner
Below–Appellee.

No. 340, 2016

Supreme Court of Delaware.

Submitted: March 7, 2017

Decided: March 13, 2017

Court Below—Family Court of the State of Delaware, in and for Sussex County, File No. CS06–01448, Petition Nos. 15–29819 and 15–24435

DISMISSED.

Paul BRUNHAMMER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 384, 2016

Supreme Court of Delaware.

Submitted: December 20, 2016

Decided: March 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1006015080

GRANTED. AFFIRMED.

1. The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).